**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net
**Error! Bookmark not defined.**
Attorney for Defendant
TERRENCE GOLDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-cr-00143- DAD-BAM |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| TERRENCE GOLDBERG, | DATE: September 24, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for September 24, 2018, at 10:00 am, may be continued to December 3, 2018.

The continuance is requested by counsel for Defendant, TERRENCE GOLDBERG as Attorney Daniel L. Harralson has requested authority from the Court to perform work necessary to present all relevant sentencing issues to the Court.

                    Respectfully submitted,

                    DANIEL L. HARRALSON
                    Attorney at Law

DATED: August 24, 2018                    /s/ Daniel Harralson
                                                   DANIEL L. HARRALSON
                                                   Attorney for Defendant

DATED:  August 24, 2018                    UNITED STATES ATTORNEYS OFFICE

                                           /s/  David Gappa
                                           DAVID GAPPA
                                           Assistant United States Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 24, 2018, is continued until December 3, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

    Dated:  **August 24, 2018**                    _____
                                                   UNITED STATES DISTRICT JUDGE