**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant, TERRENCE GOLDBERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR 00143-DAD- BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| TERRENCE GOLDBERG | Sentencing Date: December 5, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for December 5, 2018, at 10:00 am, may be continued to February 4, 2019 at 10:00 am.

The continuance is requested by counsel for Defendant, TERRENCE GOLDBERG as Attorney Daniel L. Harralson is currently in Trial before The Honorable Rosemary McGuire in the Fresno Superior Court in Maria Banda Wash v. John Wash, et al, case #15 CE CG 00967and has been instructed by Judge McGuire to clear his calendar so as not to interfere with the ongoing trial.            .

-1-

| | | |
|---|---|---|
| DATED: November 29, 2018 | Respectfully Submitted, | |

**DANIEL L. HARRALSON ATTORNEY AT LAW**

   /s/ Daniel Harralson

DANIEL L. HARRALSON

Attorney for Defendant

DATED: November 29 , 2018   **UNITED STATES ATTORNEYS OFFICE**

   /s/ David Gappa

DAVID GAPPA

Assistant United States Attorney

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for December 5, 2018, is continued until February 4, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **November 29, 2018**                       /s/ Dale A. Drozd

                                                           UNITED STATES DISTRICT JUDGE