**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant, TERRENCE GOLDBERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR 00143-DAD- BAM |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| vs. | **SENTENCING HEARING; ORDER** |
| TERRENCE GOLDBERG | Sentencing Date: February 4, 2019 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **February 4, 2019, at 10:00 am, may be continued to April 1, 2019 at 10:00 a.m**.

The continuance is requested by counsel for Defendant, **TERRENCE GOLDBERG** as Attorney Daniel L. Harralson is currently in Trial before The Honorable Rosemary McGuire in the Fresno Superior Court in Maria Banda Wash v. John Wash, et al, case number #15CECG00967and has been instructed by Judge McGuire to clear his calendar so as not to interfere with the ongoing trial.

-1-

DATED: February 1, 2019         Respectfully Submitted,

**DANIEL L. HARRALSON ATTORNEY AT LAW**


  /s/ Daniel Harralson
DANIEL L. HARRALSON
Attorney for Defendant


DATED: February 1, 2019         **UNITED STATES ATTORNEYS OFFICE**


  /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney


**O R D E R**

For the reasons stated in the parties' stipulation, the sentencing hearing scheduled for Feburary 4, 2019, at 10:00 a.m. is hereby continued to April 1, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 1, 2019**                  _Dale A. Drozd_
                                               UNITED STATES DISTRICT JUDGE