FD-302 (Rev. 5-8-10)          - 1 of 2 -                    **Official Record**

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   03/27/2019

On March 25, 2019, the writer reviewed any evidence of distribution of child pornography in the captioned investigation and in FBI case 305I-MP-2172388. The following is a summary of the writer's findings:

**IP address 23.29.15.145 (California Investigation #1, New York UC)**

This IP address was assigned to the Putney Ranch Camp, ▓▓▓▓▓▓▓▓ Cabin Lane, North Fork, California, which is where Terrence Goldberg worked in January 2016. During the same month, an undercover officer in New York downloaded approximately 68 files (all pictures) from 23.29.15.145, most of which depicted child pornography. These files were made available on the BitTorrent peer-to-peer network and were downloaded using specialized investigative software which ensures files are downloaded from only the target computer which is believed to be sharing files related to child pornography.

These 68 files were compared to the files discovered on electric devices belonging to Terrence Goldberg (as a result of a consensual search) in July 2016 in North Fork, California. There were no matching files found between the undercover downloads and the files found as a result of the consent search.

**IP address 75.104.158.27 (Minnesota Investigation #1, Minnesota UC)**

This IP address was assigned to the residence at ▓▓▓▓▓▓▓▓▓▓▓▓, Brook Park, Minnesota, which is where Terrence Goldberg lived in April 2017. Between September 2016 and May 2017, an undercover officer in Minnesota downloaded approximately 1151 files from 75.104.158.27, most of which depicted child pornography. These files were made available on the BitTorrent peer-to-peer network and were downloaded using specialized investigative software which ensures files are downloaded from only the target computer which is believed to be sharing files related to child pornography.

These 1151 files were compared to the files discovered on electric devices belonging to Terrence Goldberg (as a result of a search warrant) in May 2017 in Brook Park, Minnesota. Of the 1151 files downloaded by the

---

Investigation on  03/25/2019  at  Fresno, California, United States (In Person)

File #  305I-SC-7463364                                  Date drafted  03/25/2019

by  Joshua Ratzlaff

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305I-SC-7463364

Continuation of FD-302 of  (U) Evidence of distribution                     , On  03/25/2019 , Page  2  of  2

undercover, 305 of these files matched files that were discovered as a result of the search warrant. The writer generated and compared SHA1 hash values to determine a positive match between the two sets of files.

**IP address 75.104.158.27 (Minnesota Investigation #2, Wisconsin UC)**

This IP address was assigned to the residence at [redacted] Brook Park, Minnesota, which is where Terrence Goldberg lived in April 2017. During the same month, an undercover officer in Wisconsin downloaded approximately 69 files from 75.104.158.27, most of which depicted child pornography. These files were made available on the BitTorrent peer-to-peer network and were downloaded using specialized investigative software which ensures files are downloaded from only the target computer which is believed to be sharing files related to child pornography.

These 69 files were compared to the files discovered on electric devices belonging to Terrence Goldberg (as a result of a search warrant) in May 2017 in Brook Park, Minnesota. Of the 69 files downloaded by the undercover, 22 of these files matched files that were discovered as a result of the search warrant. The writer generated and compared SHA1 hash values to determine a positive match between the two sets of files.

**Additional Information:**

A check of a specialized law enforcement database which tracks the downloads conducted by this specialized investigative (peer-to-peer) software showed that 22 investigators had conducted 35 downloads from IP address 75.104.158.27. A similar check was not conducted for IP address 23.29.15.145, as the system does not retain log information going back to January 2016.