1   MCGREGOR W. SCOTT
    United States Attorney
2   David Gappa
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8

9

10                  IN THE UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,              CASE NO. 1:17-CR-00143-DAD-BAM

14                      Plaintiff,         STIPULATION AND ORDER TO CONTINUE
                                           RESTITUTUION HEARING
15              v.
                                           CURRENT DATE: June 24, 2018
16  TERRENCE GOLDBERG,                     PROPOSED DATE: July 8, 2018
                                           TIME: 10:00 a.m.
17                      Defendant.         COURT: Hon. Dale A. Drozd

18

19                                **STIPULATION**

20          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21  through defendant's counsel of record, stipulate as follows:

22          1.      By previous order, this matter was set for a hearing on issues related to restitution on

23  June 24, 2019. The court indicated that restitution requests had been submitted, and a restitution order

24  was mandatory. But the court had been given insufficient time to review all of the claims and decide

25  appropriate amounts for each claim. The court and the parties selected a hearing date of June 24, 2019,

26  and the defendant's presence for that hearing was waived.

27          2.      Although the parties have tried to resolve issues without a hearing, they have so far been

28  unsuccessful in reaching agreements. Since the current hearing date was selected, government counsel

                                          1

has become unavailable due to a family commitment away from Fresno on that day.  By this stipulation, the parties have agreed to reschedule from June 24, 2019, to July 8, 2019, the hearing on issues related to the restitution claims that have been filed.   Should this impasse persist, the parties anticipate having submitted written documentation and/or pleadings that will focus remaining issues in an effort to conserve time and resources at the next hearing.   Although the new date is more than 90 days from the date of sentencing, the court retains jurisdiction over the restitution issue and will have authority to enter a restitution order.  *United States v. Fu Sheng Kuo*, 620 F.3d 1158 (9th Cir. 2010).

Dated:  May 30, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ David Gappa
David Gappa
Assistant United States Attorney

Dated:  May 30, 2019

/s/ Daniel Harralson
Daniel Harralson
Counsel for Defendant
TERRENCE GOLDBERG

ORDER

By stipulation of the parties, the restitution hearing currently set for June 24, 2019, is continued to July 8, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  __**May 30, 2019**__

UNITED STATES DISTRICT JUDGE

2