MCGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00143-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER DIRECTING PAYMENT OF RESTITUTUION AND VACATING HEARING |
| v. | |
| TERRENCE GOLDBERG, | DATE: July 8, 2019 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, David L. Gappa, and defendant, by and through defendant's counsel of record, Daniel Harralson, stipulate as follows:

1. By previous order, this matter was set for a hearing on issues related to restitution on July 8, 2019. The defendant's presence for that hearing was waived.

2. The parties have recently reached an agreement for the defendant to pay restitution in the amount of $3,000 to each of the victims in the following series of images of child pornography. The court will order that the payments be due immediately, and notwithstanding any other provision of the

1

restitution order and judgment, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

- Emily             Tanya Hawkins in trust for Emily
                    Law Office of Erik Bauer
                    215 Tacoma Avenue South
                    Tacoma, WA  98402

- Maureen           Deborah A. Bianco, in trust for Maureen
                    14535 Bellevue-Redmond Road, Suite 201
                    Bellevue, WA 98007

- Cinder Block Blue Marsh Law Firm in trust for Jane
                    Marsh Law Firm PLLC
                    Attn: Jane
                    PO Box 4668 #65135
                    New York, NY  10163-4668

- Jenny             Marsh Law Firm in trust for Jenny
                    Marsh Law Firm PLLC
                    Attn: Jenny
                    PO Box 4668 #65135
                    New York, NY  10163-4668

- Casseaopeia       Marsh Law Firm in trust for Casseaopeia
                    Marsh Law Firm PLLC
                    Attn: Casseaopeia
                    PO Box 4668 #65135
                    New York, NY  10163-4668

- Erika             Marsh Law Firm in trust for Erika
                    Marsh Law Firm PLLC
                    Attn: Erika
                    PO Box 4668 #65135
                    New York, NY  10163-4668

- Tori              Marsh Law Firm in trust for Tori
                    Marsh Law Firm PLLC
                    Attn: Tori
                    PO Box 4668 #65135
                    New York, NY  10163-4668

- Savannah          Carol Hepburn in trust for Savannah
                    Law Office of Carol Hepburn
                    200 First Avenue, Suite 550
                    Seattle, WA  98119

- Skyler    Carol Hepburn in trust for Skyler
         Law Office of Carol Hepburn
         200 First Avenue, Suite 550
         Seattle, WA 98119

- Sally     Carol Hepburn in trust for Sally
         Law Office of Carol Hepburn
         200 First Avenue, Suite 550
         Seattle, WA 98119

- Sierra     Carol Hepburn in trust for Sierra
         Law Office of Carol Hepburn
         200 First Avenue, Suite 550
         Seattle, WA 98119

- Sarah     Carol Hepburn in trust for Sarah
         Law Office of Carol Hepburn
         200 First Avenue, Suite 550
         Seattle, WA 98119

- Vicky     Carol Hepburn in trust for Vicky
         Law Office of Carol Hepburn
         200 First Avenue, Suite 550
         Seattle, WA 98119

- J Blonde    Carol Hepburn in trust for J Blonde
         Law Office of Carol Hepburn
         200 First Avenue, Suite 550
         Seattle, WA 98119

- Tara      contact information with clerk's office

3. The parties agree that the defendant will notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation after the entry of judgement until the restitution is paid in full.

4. The restitution described above shall be paid through the Office of the Clerk of the District Court by bank or cashier's check or money order made payable to the "Clerk, United States District Court." The Clerk's Office will distribute payments to victims through the representative or at the addresses listed above.

| | | |
|---|---|---|
| Dated: July 1, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ DAVID L. GAPPA<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated: July 3, 2019 | | /s/ DANIEL HARRALSON<br>DANIEL HARRALSON<br>Counsel for Defendant<br>TERRENCE GOLDBERG |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRENCE GOLDBERG,<br><br>　　　　　　　　　Defendant. | 1:17-CR-00143-DAD-BAM<br><br>ORDER ON STIPULATION TO VACATE RESTITUTION HEARING DATE |

**ORDER**

IT IS HEREBY ORDERED that the hearing currently set for July 8, 2019, be vacated. The court will prepare an amended judgment that orders restitution in the amount of $3,000.00 to each victim identified in the stipulation between the parties submitted on July 3, 2019, with payment due immediately and to be disbursed by the clerk's office.

IT IS SO ORDERED.

　　Dated: __**July 3, 2019**__　　　　　　　　　　　_Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE