IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>TERRENCE GOLDBERG,<br><br>                    Defendant. | 1:17-CR-00143-DAD-BAM<br><br>ORDER TO AMEND JUDGMENT REGARDING PAYMENT OF RESTITUTION TO ONE MINOR VICTIM |

**ORDER**

The court has reviewed and considered the stipulation of the parties that was filed on March 24, 2021.  Good cause appearing for the requested action,

IT IS HEREBY ORDERED that the amended judgement filed on July 10, 2019, be further amended to change reference to "Tara" (on page 8 of 9) to "Minor Victim 1."  The United States Attorney's Office, through its Victim Witness Unit, will provide to the Clerk's Office, Financial Department, the name and mailing address to use for distribution of any restitution payment(s) to this victim.  This order will not modify in any way the previous order that restitution be paid to other victims.

IT IS SO ORDERED.

   Dated:   **March 24, 2021**                              _Dale A. Drozd_
                                                              UNITED STATES DISTRICT JUDGE

1